# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

James Edward Beal
LA. Appellate Project
P. O. Box 307
Jonesboro LA 71251-0307

Tommy Bordelon
A.V.C. Cajun 3,  A-2 DOC No. 339150
1630 Prison Rd.
Cottonport LA 71327


## REHEARING ACTION: June 23, 2010


**Docket Number: 09   01245-KA**

**STATE OF LOUISIANA**
**VERSUS**
**TOMMY BORDELON**

**Appealed from Avoyelles Parish Case No. 118447A**


**BEFORE JUDGES:**

> **Hon. Ulysses Gene Thibodeaux**
> **Hon. Sylvia R. Cooks**
> **Hon. Elizabeth A. Pickett**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Tommy Bordelon** has this day been

> **DENIED.**


cc: Hon. Charles A. Riddle  III, Counsel for the Appellee
    Michael Francis Kelly, Counsel for the Appellee